### 313. HAM *v.* BROWN BROTHERS.

POWELL, J.  1. Primarily the declarations of an alleged agent are not ad-
missible to prove the agency.  If the agency be otherwise prima facie
proved, such declarations then become admissible in corroboration.
*Jones* v. *Harrell*, 110 *Ga.* 380, 35 S. E. 690, and cit.

2. If, after the agency is prima facie established, the alleged agent be
introduced as a witness and deny the agency, evidence of such declara-
tions is admissible not only to corroborate the testimony tending to
establish the agency, but also, if the proper foundation be laid, to im-
peach him as a witness. *Jones* v. *Harrell*, supra.

3. Where it is sought to show that the defendant's husband was her agent
in transactions with the plaintiff, evidence of transactions with other
persons, in which he, with her subsequent ratification, acted as her
agent, is not admissible to establish the agency in the transactions
with the plaintiff. *Conyers* v. *Ford*, 111 *Ga.* 754, 36 S. E. 947.

4. Admissions made by the defendant to other persons that her husband
was her general agent may be proved against her.

5. Apart from errors of the character indicated in the third headnote,
the trial seems to have been fair and free from substantial error.

●                                    *Judgment reversed.*

Complaint, from city court of Elberton—Judge Proffitt.  De-
cember 12, 1906.

Submitted May 2,—Decided May 24, 1907.

*Samuel L. Olive,* for plaintiff in error.